# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: STEVEN M. BARATTA & SUSAN B. BARATTA  Case Number: 07-71574
603 ALGONQUIN ROAD  SSN-xxx-xx-8292 & xxx-xx-1210
FOX RIVER GROVE, IL 60021

Case filed on: 7/2/2007
Plan Confirmed on:

X Converted  Unconfirmed

Total funds received and disbursed pursuant to the plan: $1,721.36      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | THE LAW OFFICES OF DAVID L. STRETCH | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | STEVEN M. BARATTA | 0.00 | 0.00 | 1,721.36 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,721.36 | 0.00 |
| 001 | LITTON LOAN SERVICING LP | 14,235.29 | 14,235.00 | 0.00 | 0.00 |
|  | Total Secured | 14,235.29 | 14,235.00 | 0.00 | 0.00 |
| 002 | AMERICAN EXPRESS TRAVEL RELATED SERVICES | 2,083.84 | 208.38 | 0.00 | 0.00 |
| 003 | AMERICAN EXPRESS CENTURION BANK | 27.00 | 2.70 | 0.00 | 0.00 |
| 004 | ARMOR SYSTEMS CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CITI GOLD CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | DISCOVER FINANCIAL SERVICES | 2,969.24 | 296.92 | 0.00 | 0.00 |
| 007 | DISCOVER FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | MACY DEPT STORE NB | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | MACYS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | MED BUSI BUR | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | MR. ROLAND BARTTA | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | SEARS / CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | LVNV FUNDING LLC | 496.28 | 49.63 | 0.00 | 0.00 |
|  | Total Unsecured | 5,576.36 | 557.63 | 0.00 | 0.00 |
|  | Grand Total: | 19,811.65 | 14,792.63 | 1,721.36 | 0.00 |

Total Paid Claimant: $1,721.36
Trustee Allowance: $0.00
Percent Paid Unsecured: 0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 04/18/2008      By  /s/Heather M. Fagan